Timothy K. Conde (10118)
timothy.conde@stoel.com
Jordan C. Bledsoe (15545)
jordan.bledsoe@stoel.com
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  801.328.3131

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| MEDICAL PRIORITY CONSULTANTS INC. dba PRIORITY DISPATCH, a Utah corporation, and JEFFREY J. CLAWSON, an individual,<br><br>                Plaintiffs,<br><br>    v.<br><br>VITALCLICK LLC, a Delaware limited liability company,<br><br>             Defendant. | **NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Case No. 2:17cv00116 RJS<br><br>The Honorable Robert J. Shelby<br><br>Magistrate Judge Evelyn J. Furse |

Plaintiff Medical Priority Consultants Inc. dba Priority Dispatch ("Priority Dispatch") respectfully submits this Notice of Supplemental Authority relating to VitalClick LLC's ("VitalClick") Motion to Dismiss.

In its briefing, VitalClick cites *U.S. v. 51 Pieces of Real Prop. Roswell, N.M.*, 17 F.3d 1306 (10th Cir. 1994).  In conducting its research, counsel for Priority Dispatch did not discover *51 Pieces* and was unaware of it until it reviewed VitalClick's Reply.  While the Tenth Circuit had before and since issued decisions that may run contrary to *51 Pieces* and cause confusion as

to the state of the law,[1] Priority Dispatch apologizes to the Court for inadvertently omitting from its opposition relevant Tenth Circuit authority.

DATED:  March 10, 2017.              STOEL RIVES LLP


                                     /s/ *Jordan C. Bledsoe*
                                     Timothy K. Conde
                                     Jordan C. Bledsoe

                                     *Attorneys for Plaintiffs*

---

[1] *See Bethley v. City of Spencer, Okl.*, 37 F.3d 1509, at *4 (10th Cir. 1994) (unpublished) ("'[A] general appearance or responsive pleading by a defendant that fails to dispute personal jurisdiction will waive any defect in service or personal jurisdiction'" (quoting *Benny v. Pipes*, 799 F.2d 489, 492 (9th Cir. 1986)); *Williams v. Life Sav. & Loan*, 802 F.2d 1200, 1202 (10th Cir. 1986) ("[J]urisdiction over a party may be conferred upon a court by contractual agreement of the parties, or by voluntary appearance of a party." (internal citations omitted)).

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that that on the 10th day of March 2017, I caused a true and correct

copy of the foregoing **NOTICE OF SUPPLEMENTAL AUTHORITY** to be served

electronically on the following:

H. Dickson Burton
HDBurton@TraskBritt.com
Stephen E. Pulley
SEPulley@TraskBritt.com
TRASK BRITT, PC
230 South 500 East, Suite 300
Salt Lake City, Utah 84102

Michael S. Cryan
Michael.cryan@arentfox.com
Arent Fox LLP
1675 Broadway #34
New York, NY 10019


                                            */s/ Rose Gledhill_____*