AO 121 (Rev. 08/10)

| To: | **Mail Stop 8**<br>**Director of Patents and Trademarks**<br>**PO BOX 1450**<br>**Alexandria VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116, you are hereby advised that a court action has been filed in the **U.S. District Court for the District of Utah** on the following

☐ Trademarks or   ☒ Patents  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:17-cv-00116-RJS | DATE FILED<br>**February 16, 2017** | U.S. DISTRICT COURT<br>**District of Utah**<br>**351 S West Temple, Room 1.100, Salt Lake City, UT 84101** |
|---|---|---|
| PLAINTIFF<br>**Medical Priority Consultants, Inc.**<br>**Jeffrey J. Clawson** | | DEFENDANT<br>**VitalClick LLC** |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 See Copy of Complaint | See Copy of Complaint | See Copy of Complaint |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patents(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, a final decision had been rendered or judgment issued:

| DECISION / JUDGMENT |
|---|
| Dismissed per stipulation of parties |

| CLERK<br>D. Mark Jones | (BY) DEPUTY CLERK<br>Jennifer Stout | DATE<br>3/16/2017 |
|---|---|---|

DISTRIBUTION :   1) Upon initiation of action mail copy to Director   2) Upon filing of document adding patent(s), mail copy to Director   3) Upon termination of action , mail copy to Director